UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 8:05-cr-154-T-23TBM |
| JONATHON R. COUNTS, | : |
| Defendant. | : |

## FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the Court on Motion of the United States of America for Entry of a Forfeiture Money Judgment in the amount of $338,285.00 USD, which, upon entry, shall be a final order of forfeiture as to defendant Jonathon R. Counts. The Court, being fully advised in the premises, hereby finds as follows:

1. That the amount of funds obtained by defendants as a result of defendant Jonathon Counts' participation in the conspiracy to commit bank fraud, contrary to the provisions of 18 U.S.C. § 1344, in violation of 18 U.S.C. § 371, charged in Count One of the Indictment, is $338,285.00 USD.

2. That pursuant to his plea agreement, defendant Jonathon R. Counts pled guilty to Counts One and Sixteen of the Indictment and agreed to the entry of a forfeiture money judgment in the amount of $338,285.00 USD, pursuant to the provisions of 18 U.S.C. § 982(a)(2)(A).

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion is GRANTED.

It is FURTHER **ORDERED** that, based on his participation in the conspiracy charged in Count One, defendant Jonathon R. Counts is jointly and severally liable to the United States of America for a forfeiture money judgment in the amount of $338,285.00 USD, pursuant to the provisions of 18 U.S.C. § 982(a)(2)(A).

The Court shall retain jurisdiction to enter any orders necessary for the forfeiture and disposition of any property, belonging to the defendant, that the United States is entitled to seek as substitute assets up to the amount of such forfeiture money judgment, and to entertain any third party petitions that may be filed in those proceedings.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 15th day of December, 2006.

_____
HON. STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

Copies to:  Anita M. Cream, AUSA
            Attorneys of Record